JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 610 -- In re Administration of Antipsychotic Drugs to Robert F. Timmel

| Date | Pldg. | Pleading Description |
|---|---|---|
| 84/07/19 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- pltf. Robert F. Timmel for transfer of actions pursuant to 28 U.S.C. §1407 w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. California -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 84/06/30 | | APPEARANCES: W. DAVID ALLEN, ESQ. for Robert F. Timmel; B. ELLIOT JOHNSON, ESQ. FOR Dr. Gene Moss; ROBERT WARD FREEDMAN, ESQ. for Ben Kuhner, M.D.; D. SCOTT ELLIOT, ESQ. for College Hospital; F. ALAN WEISMANTEL, ESQ. for John Feighner, M.D. and Sabah Chammas, M.D.; GERALD R. SWIRSKY, ESQ. for Steven P. Gersten, M.D.; G. THOMAS MILLER, ESQ. for Ian Osborn, M.D.; JOHN F. DOLAN, ESQ. for John D. Carr, M.D.; MELANIE W. FAMIGLIETTI, ESQ. for Newport Hospital; KIRK P. WATSON, ESQ. for Lyman Phillips, M.D.; MARILYN R. MORIARTY, ESQ. for California Psyciatric Center, d/b/a San Luis Rey Hospital (cds) |
| 84/08/01 | | APPEARANCE: EDGAR C. BOOTH, ESQ. for Frank E. Gill, M.D. (cds) |
| 84/08/02 | 2 | RESPONSE/MEMORANDUM IN OPPOSITION -- John T. Carr, M.D. -- w/cert. of service (cds) |
| 84/08/03 | 3 | RESPONSE -- Lyman Phillips, M.D. -- w/cert. of service (cds) |
| 84/08/03 | 4 | RESPONSE, MEMORANDUM -- Gene Moss, M.D. -- w/cert. of service (cds) |
| 84/08/06 | | HEARING ORDER -- setting motion for transfer of A-1 thru A-8 for Panel Hearing in San Francisco, California on September 20, 1984 (ds) |
| 84/08/06 | 5 | RESPONSE -- Ian Osborn, M.D. -- w/cert. of service (cds) |
| 84/08/06 | 6 | RESPONSE -- Dr. Ben Kuhner -- w/cert. of service (cds) |
| 84/08/07 | 7 | RESPONSE -- Newport Hospital -- w/cert. of service (cds) |
| 84/08/10 | 8 | REPLY/MEMORANDUM -- Robert F. Timmel -- w/Exhibits and cert. of svc. (emh) |
| 84/09/19 | | HEARING APPEARANCES -- W. DAVID ALLEN, ESQ. for Robert F. Timmel; B. ELLIOT JOHNSON, ESQ. for Dr. Gene Moss, Dr. Frnak E. Gill and Dr. Ian Osborn (ds) |
| 84/09/19 | | WIAVERS -- Community Psychiatric Centers of California, Inc. d/b/a/ San Luis Rey Hospital; Robert F. Timmel; John T. Carr, M.D.; Steven P. Gersten, M.D.; Lyman Phillips, M.D.; Sabah Chammas, M.D. and John Feighner, M.D. (ds) |
| 84/09/26 | | ORDER DENYING TRANSFER of litigation (A-1 thru A-8) pursuant to 28 U.S.C. §1407. NOTIFIED all clerks, judges, counsel and recipients. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 610 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ADMINISTRATION OF ANTIPSYCHOTIC DRUGS TO ROBERT F. TIMMELL

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 9/20/84 | 9/26/84 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 9/26/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. <u>610</u> -- <u>In re Administration of Antipyschotic Drugs to Robert F. Timmel</u>

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert F. Timmel v. Gene Moss, M.D./ College Hospital, Inc. | C.D.Calif. Ideman | 84-0592-JMI (Bx) | | | | |
| A-2 | Robert F. Timmel v. John P. Feighner, M.D./ Sabah Chammas, M.D./San Luis Rey Hosp. | S.D.Calif. Turrentine | 84-0216-T (M) | | | | |
| A-3 | Robert F. Timmel v. Steven P. Gersten, M.D. | D.Conn. Dorsey | H-84-81 | | | | |
| A-4 | Robert F. Timmel v. Frank E. Gill, M.D. | N.D.Fla. Arnow | PCA-84-4027 WEA | | | | |
| A-5 | Robert F. Timmel v. Ian Osborn, M.D. | M.D.Pa. Muir | 84-0124 | | | | |
| A-6 | Robert F. Timmel v. John T. Carr, M.D./ Newport Hospital | D.R.I. Selya | 84-0040 | | | | |
| A-7 | Robert F. Timmel v. Lyman Phillips, M.D. | W.D.Tex. Nowlin | A-84-CA-043 | | | | |
| A-8 | Robert F. Timmel v. Ben Kuhner, M.D. | W.D.Wash. Rothstein | C-84-92 | | | | |

JPML Form 4

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  610  -- In re Administration of Antipyschotic Drugs to Robert F. Timmel

---

ROBERT F. TIMMEL (A-1 - A-8)
W. David Allen, Esq.
Allen T. Eaton & Associates
1025 Vermont Avenue, N.W.
Suite 503
Washington, D.C.  20005

DR. GENE MOSS
B. Elliot Johnson, Esq.
Dummit & Agajanian
11620 Wilshire Blvd., #350
Los Angeles, CA  90025

BEN KUHNER, M.D.
Robert Ward Freedman, Esq.
219 S. Washington Street
Seattle, Washington  98104

COLLEGE HOSPITAL
D. Scott Elliot, Esq.
Rushfeldt, Shelley & McCurdy
4605 Lakershim Blvd., Suite 700
North Hollywood, CA  91602

JOHN FEIGHNER, M.D.
SABAH CHAMMAS, M.D.
F. Alan Weismantel, Esq.
Higgs, Fletcher & Mack
401 West "A" Street, Suite 2000
Post Office Box 568
San Diego, CA  92112-4117

STEVEN P. GERSTEN, M.D.
Gerald R. Swirsky, Esq.
Weinstein, Seltzer, DeNezzo, Swirsky & Kulick
639 Prospect Avenue
West Hartford, CT  06103

FRANK E. GILL, M.D.
Edgar C. Booth, Esq.
Edgar C. Booth & Paula L. Walborsky, P.S.
P.O. Drawer 840
Tallahassee, FL  32302

IAN OSBORN, M.D.
G. Thomas Miller, Esq.
McNees, Wallace & Nurick
P.O. Box 1166, 100 Pine Street
Harrisburg, PA  17108-1166

JOHN D. CARR, M.D.
John F. Dolan, Esq.
Rice, Dolan & Kershaw
Suite 3-A, 101 Dyer Street
Providence, R.I.  02903

NEWPORT HOSPITAL
Melanie W. Famiglietti, Esq.
Hinckley, Allen, Tobin & Silverstein
2200 Fleet Bank Building
Providence, R.I.  02903

LYMAN PHILLIPS, M.D.
Kirk P. Watson, Esq.
Scott, Douglass & Luton
Twelfth Floor
First City Bank Building
Austin, TX  78701

CALIFORNIA PSYCIATRIC CENTER d/b/a
SAN LUIS REY HOSPITAL
Marilyn R. Moriarty, Esq.
Carlo Coppo & Associates
2010 Jimmy Durante Blvd., #207
P.O. Box 2608
Del Mar, CA  92014

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 610 -- In re Administration of Antipyschotic Drugs to Robert F. Timmel

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gene Moss, M.D./College Hospital, Inc. | A-1 |
| John P. Fieghner, M.D./ Sabah Chamas, M.D./ ~~San Luis Rey Hospital~~ | A-2 |
| Steven P. Gersten, M.D. | A-3 |
| Frank E. Gill, M.D. | A-4 |
| Ian Osborn, M.D. | A-5 |
| John T. Carr, M.D./Newport Hospital | A-6 |
| Lyman Phillips, M.D. | A-7 |
|  | A-8 |
| California Psychiatric [illegible], d/b/a San Luis Rey Hospital | A-2 |
| Ben Kuhner, M.D. | A-1 |
|  |  |