JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP 26 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 610

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ADMINISTRATION OF ANTIPSYCHOTIC DRUGS TO ROBERT F. TIMMEL

ORDER DENYING TRANSFER

This litigation consists of eight actions pending in eight federal districts: one action each in the District of Connecticut, District of Rhode Island, Central District of California, Southern District of California, Northern District of Florida, Middle District of Pennsylvania, Western District of Texas and Western District of Washington. The plaintiff in all eight actions has moved the Panel to centralize the actions, pursuant to 28 U.S.C. §1407, in the Southern District of California for coordinated or consolidated pretrial proceedings. Seven defendants in six of the actions before the Panel oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. While the actions may share some questions of fact relating to the patient's condition and his treatment, the alleged conduct of the defendants in each action raises factual questions predominantly unique to each action. Suitable alternatives to a Section 1407 transfer, such as filing or cross-filing notices for a particular deposition in all actions or seeking use of common discovery in all applicable actions, are available to the parties.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-610 -- IN RE ADMINISTRATION OF ANTIPSYCHOTIC DRUGS TO ROBERT F. TIMMEL

Central District of California

Robert F. Timmel v. Gene Moss, M.D./College Hospital, Inc., C.A. No. 84-0592-JMI (Bx)

District of Connecticut

Robert F. Timmel v. Steven P. Gersten, M.D., C.A. No. H-84-81

Northern District of Florida

Robert F. Timmel v. Frank E. Gill, M.D., C.A. No. PCA-84-4027 WEA

Middle District of Pennsylvania

Robert F. Timmel v. Ian Osborn, M.D., C.A. No. 84-0124

District of Rhode Island

Robert F. Timmel v. John T. Carr, M.D./Newport Hospital, C.A. No. 84-0040

Western District of Texas

Robert F. Timmel v. Lyman Phillips, M.D., C.A. No. A-84-CA-043

Western District of Washington

Robert F. Timmel v. Ben Kuhner, M.D., C.A. No. C-84-92

Southern District of California

Robert F. Timmel v. John P. Feighner, M.D./Sabah Chammas, M.D./San Luis Rey Hospital, C.A. No. 84-0216-T (M)